IN THE SUPREME COURT OF THE STATE OF NEVADA

SARAH MCCOY, INDIVIDUALLY AND
AS NATURAL GUARDIAN OF RYAN
MCCOY, A MINOR,
          Petitioners,
    vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
NANCY L. ALLF, DISTRICT JUDGE,
          Respondents,
          and
KEATON REEL; ROBERT REEL; AND
SAFECO INSURANCE COMPANY OF
ILLINOIS,
          Real Parties in Interest.

No. 80835

FILED

AUG 19 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

*ORDER DISMISSING PETITION*

Pursuant to the stipulation of the parties, and cause appearing, this petition is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Nancy L. Allf, District Judge
       Brock K. Ohlson PLLC
       Lewis Roca Rothgerber Christie LLP/Las Vegas
       Law Offices of S. Denise McCurry/Las Vegas
       Law Offices of Jason M. Peck
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-30573